UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                                   Case No. 8:07-CR-163-T-27EAJ

BRIAN WILCOX,

          Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Application to Proceed Without Prepayment of Fees or Costs (Dkt. 111) be DENIED (Dkt. 112). After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Dkt. 112) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Application to Proceed Without Prepayment of Fees or Costs (Dkt. 111) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 26th day of January, 2010.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Defendant, *pro se*
Counsel of record